

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

May 1, 2025

**VIA ECF**
Hon. Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

       Re:    **Valencia v. Taqueria La Nortena Corp., et al.**
                  Case No.: 1:24-cv-02002-NCM-VMS

Dear Judge Scanlon:

       This office represents Defendants in the above-captioned matter. We submit this status letter pursuant to the Court's instructions dated April 18, 2025.

       The parties attended a Court-annexed mediation on April 28, 2025, and have reached a settlement-in-principle. As this matter involves claims asserted under the Fair Labor Standards Act, the parties are now in the process of preparing the settlement agreement and motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement agreement and motion for settlement approval will be submitted for the Court's review.

       We thank the Court for its consideration and remain available to provide any additional information.

                                                        Respectfully Submitted,

                                                        Seo Law Group, PLLC

                                                        By:__/s/ *Jiaxin Na*_____
                                                        Jiaxin Na, Esq.
                                                        *Attorneys for Defendants*

cc: All counsel of record (via ECF)